FILED:  March 21, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 21-1713**

───────────

EPCON HOMESTEAD, LLC,

       Plaintiff – Appellant,

v.

TOWN OF CHAPEL HILL,

       Defendant – Appellee.

───────────

O R D E R

───────────

The court amends its opinion filed March 20, 2023, as follows:

On page 4 of the majority opinion and page 14 of the concurring opinion, the citations to 28 U.S.C. § 1983, are corrected to 42 U.S.C. § 1983.

For the Court – By Direction

/s/ Patricia S. Connor, Clerk